FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:40 pm, Jul 11, 2017
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT(S)

FOR THE DISTRICT OF COLUMBIA, AND ALL 50 STATES

SAFRON HUOT,

    Plaintiff,

V,                                                                           17-cv-1683

MONTANA STATE DEPARTMENT                        OUT OF DATE COMPLAINT
OF CHILD AND FAMILY SERVICES; et al.,

    Defendant(s),

Comes Now, Plaintiff, Safron Huot; Biological Birth Mother to B.J.T.H., and B.H.T.H. Respectfully Requests a Formal Hearing with the Right to a Jury Trial.

## I.    PARTIES

Plaintiff        Safron Huot

                211 N. Cedar Apt# 104

                Anaconda, Montana 59711

                (406) 560-2268

Defendant No. 1    Montana State Department of Child and Family Services

                1400 E. Broadway St.

                Helena, Montana 59601

                (406) 444-5900

| | |
|---|---|
| Defendant No. 2 | Montana Supreme Court |
| | 215 N. Sanders |
| | P.O. Box 203001 |
| | Helena, Montana  59620 |
| | (406) 444-5490 |
| | |
| Defendant No. 3 | Deer Lodge County District Court of Montana |
| | 800 Main St. |
| | Anaconda, Montana  59711 |
| | (406) 563-4025 |
| | |
| Defendant No. 4 | Judge Ray Dayton |
| | 800 Main St. |
| | Anaconda, Montana  59711 |
| | (406) 563-4025 |
| | |
| Defendant No. 5 | Cal Boyal |
| | 118 E. 7th # 1 B |
| | Anaconda, Montana  59711 |
| | (406) 563-7972 |
| | |
| Defendant No. 6 | Cindy Johnson |
| | 118 E. 7th # 1 B |
| | Anaconda, Montana  59711 |
| | (406) 563-7972 |

Defendant No. 7	Deer Lodge Medical Center

1100 Hollenbeck Ln.

Deer Lodge, Montana  59722

(406) 846-2212


Defendant No. 8	M.D. Wayne R. Martin

Deer Lodge Medical Center

1100 Hollenbeck Ln.

Deer Lodge, Montana  59722

(406) 846-2212


Defendant No. 9	Susanne M. Clague

Clague Law Office, PLLC

P.O. Box 3182

Butte, Montana  598702

(406) 782-0505


Defendant No. 10	Ben Krakowka

County Attorney Office

800 Main St.

Anaconda, Montana  59711

(406) 563-4019

Defendant No. 11          Susan Day, PH.D.

                                119 W. Front St. Suite 309

                                Missoula, Montana  59802

                                (406) 327-9992

Defendant No. 12          Dave Fenchak

                                Smelter City Family Development Center, Inc.

                                510 Spruce

                                Anaconda, Montana  59711

                                (406) 490-2380

Defendant No. 13          Mary Jo and Roger Fortner

                                800 Dempsey Rd.

                                Deer Lodge, Montana  59722

                                (406) 846-3491

## II.          JURISDICTION

A. Federal Question
B. Please See List of Attached Rules ,and Laws
C. Plaintiff(s) State of Citizenship,        Montana
    Defendant(s) State of Citizenship,     Montana

### III. STATEMENT OF CLAIMS

Claim I. MONTANA DEPARTMENT OF CHILD AND FAMILY SERVICES

- To Keep the child within the home, and, or return the child back to the home as soon as possible.
- Fabricated Reports To The Court
- Contradictions Found Within Reports to the court
- No Holiday Visits or Extra Time Allowed
- Possibility of Tampering with Physical Evidence
- No Progress Reports Made Available
- A Mandatory Temporary Investigation Was Not Sought
- Petitions to Terminate Parental Custody
- Pushed for Termination within first 6 months
- Refused to Preserve the Child Parent Relationship
- Adopted My Children while the case was pending out of state

Claim II. MONTANA SUPREME COURT,

- 3 Appeals
- Not once, have I been, physically allowed to go to court.
- Not allowing me to speak
- Taking Part In Wrongfully Keeping My Children Away

Claim III. DEER LODGE DISTRICT COURT OF MONTANA

- Discrepancies Found Between Verbal and Written Transcripts
- Fabricating and Tampering With Physical Evidence
- All Verbal and Written Transcripts are to be requested upon court(s) discretion for Future Evidence

Claim IV.    Judge Ray Dayton

- Denied Termination of Appointed Counsel
- Personal Relationship between my Aunt Mary Jo Fortner, and my Uncle Larry Huber
- Knowing His Personal Opinion against me would cloud his better judgment it would have been best for him to respectfully step down, and put his Prudence above his Prejudice. ( Oath Before Judgment)
- Terminated Parental Rights
- Adopted My Children

Claim V.    CAL BOYAL

- No Personal Knowledge relating to the Relationship between Mother and Sons
- Fabricated at least 3 Reports to the Court based on Hearsay
- Dated 1/11/12, 5/4/12, and 8/30/12
- Personal conflict with my Father

Claim VI.    CINDY JOHNSON

- Personal Relationship with My Aunt Mary Jo Fortner
- Multiple DUI's
- Permitted to travel to and from visits with my kids
- More time allowed her to travel with the kids, but not much time for our visits.
- Tampered with and fabricated visit progress notes

Claim VII.    DEER LODGE MEDICAL CENTER, M.D. WAYNE R. MARTIN,

- Written two Letters to the court
- Admitted to Hearsay within the letters
- No Personal Knowledge of the Facts presented within the letters
- Dated 6/12/12, Received 6/19/12, Claiming Well Child Check Up on 6/8/12
- Letters Presented Only Moments After Court Started 6/21/12

Claim VIII.     Susanne M. Clague

- To Represent what is best for my children's safety ,and well being
- No Personal Knowledge of Relationship Between The Children and Their Mother
- No Personal Knowledge of the parent(s)
- Judgment was to terminate Parental Rights

Claim IX.     Ben Krakowka

- Unfit to represent the rights to my children.

Claim X.     Susan Day

- Two  False reports were made
- Received 4/6/11 and 6/8/12
- Couldn't diagnose me 4/6/11
- Gave Recommendations
- No Personal Knowledge
- Refused to let me record second test appointment

Claim XI.     Dave Fenchak

- Stated my Rights should be Terminated
- No Personal Knowledge of the Relationship Between Mother and Children
- Took Urine Samples

Claim XII.    Mary Jo and Roger Fortner

- Family
- Keeps the children away from me, and their sister
- Had M.D. Wayne R. Martin Fabricate Reports to the Court
- Knows I have never Hurt My Children
- Lies to the children
- Manipulative
- Compulsive
- Suicidal/ Homicidal
- Mentally Incapable of providing a healthy environment for the children
- Mary Jo Relinquished her rights to her daughter
- Roger has never had anything to do with his child
- Abusive
- Selfish
- MEDICALLY INCLINED
- Written False Reports to the Court for the Department
- Child Assessments stating Opinions over Facts Dated 7/23/11, and 7/10/12
- Verbal , Physical, Mental, Spiritual, and Emotional Abuse
- Insufficient Care for All Necessary Needs Of The Children

IV.    RELIEF

Per Defendant-

MONTANA CHILD AND FAMILY PROTECTIVE SERVICES

- COMPLETE IMMUNITY FROM ANY FUTURE OCCURRENCES
- $700,000,000 TAX FREE FOR PSYCHOLOGICAL VALUE EQUIVALENT TO TIME DISRUPTED AND DISTURBED
- $ 100,000,000 TAX FREE FOR PHYSICAL, EMOTIONAL, AND MENTAL DAMAGE
- NON-NEGOTIABLE

## MONTANA SUPREME COURT

- FULL PARENTAL CUSTODY REINSTATED
- RECORD EXPUNGED
- $1,000,000 TAX FREE PER APPEAL DISMISSED

## MONTANA DISTRICT COURT

- COMPLETE COPIES OF ALL VERBAL AND WRITTEN TRANSCRIPTS PERTAINING TO THIS CHILD NEGLECT CASE FROM 2011-2017
- PERSONAL CALENDAR FROM THE YEAR 2012
- $100,000,000 TAX FREE FOR TAMPERING AND FABRICATING EVIDENCE
- COURT RECORD EXPUNGED

## JUDGE RAY DAYTON

- A LETTER TO BE WRITTEN APOLOGIZING FOR HIS PREJUDICE
- IF NO APOLOGY LETTER IS TO BE PRESENTED, A LETTER OF RESIGNATION WOULD BE SUFFICE AND A $100,000,000 TO BE DONATED AND SPLIT BETWEEN FAMILIES THAT HAVE BEEN WRONGFULLY TAKEN AWAY FROM THEIR LOVED ONES BY THE HONORABLE JUDGE RAY DAYTON

## CAL BOYAL

- $10,000 FOR EACH LETTER PRESENTED TO THE COURT
- DONATED TO A BETTER LIFE PROGRAM FOR THE COMMUNITY

## CINDY JOHNSON

- APOLOGY LETTER
- IF NO LETTER IS TO BE PRESENTED
- $1,000 FOR EVERY VISIT PROGRESS REPORT
- DONATED TO A BETTER LIFE PROGRAM FOR THE COMMUNITY

**DEER LODGE MEDICAL CENTER – WAYNE R. MARTIN**

- $50,000 TAX FREE PER LETTER WRITTEN PERTAINING TO MY CHILDREN
- NON-NEGOTIABLE

**SUSAN CLAGUE**

- LETTER APOLOGIZING FOR MISREPRESENTATION
- $100,000,000 TAX FREE DONATED TO A BETTER LIFE PROGRAM FOR CHILDREN AND THEIR FAMILIES.
- NON-NEGOTIABLE

**BEN KRAKOKA**

- IF HE IS WILLING TO WRITE A LETTER APOLOGIZING FOR MISREPRESENTATION, I WILL ASK FOR NOTHING MORE FROM HIM.
- IF NO LETTER IS TO BE RECEIVED A RESIGNATION LETTER WILL BE SUFFICE AND $100,000,000 TAX FREE TO BE DONATED AND SPLIT BETWEEN ALL CHILD FAMILY CASES HE HAS REPRESENTED IN THE PAST 10 YEARS.
- NON-NEGOTIABLE

**SUZAN DAY**

- $ 50,000 PER FABRICATED REPORT
- DONATED TO A BETTER LIFE PROGRAM FOR THE COMMUNITY

**DAVE FENCHAK**

- $50,000 FOR BEING A CONFLICT OF INTEREST
- DONATED TO A BETTER LIFE PROGRAM FOR CHILDREN AND THEIR FAMILIES

MARY JO AND ROGER FORTNER

- 3 APOLOGY LETTERS ADMITTING THE WRONG THEY HAVE DONE AND THE ABUSE THEY HAVE CAUSED.
- VISITATION TO START IMMEDIATELY
- MY GRANDMOTHERS RECIPES
- INCASE OF NO APOLOGY LETTERS, VISITATION, OR RECIPES
- $100,000 TAX FREE
- ALL PERSONAL PROPERTY TO BE SIGNED OVER TO B.J.T.H AND B.H.T.H

RELIEF IN TOTAL-

- FULL PARENTAL CUSTODY OF B.J.T.H AND B.H.T.H
- ALL COURT, LAWYER, AND LEGAL FEES TO BE SPLIT BETWEEN DEFENDANTS
- APOLOGY LETTERS
- RECORD EXPUNGED
- TAX FREE $
- IMMUNITY
- A BETTER LIFE PROGRAM GRANTED

Signed and Dated this 23rd Day of June, 2017

s/ *Safron Huot*