IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01683-LTB

SAFRON HUOT,

     Plaintiff,

v.

MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES,
MONTANA SUPREME COURT,
DEER LODGE COUNTY DISTRICT COURT OF MONTANA,
JUDGE RAY DENTON,
CAL BOYAL,
CINDY JOHNSON,
DEER LODGE MEDICAL CENTER,
WAYNE R. MARTIN, M.D.,
SUSANNE M. CLAGUE, Clague Law Office, PLLC,
BEN KRAKOKA, County Attorney Office,
SUSAN DAY, PhD.,
DAVE FENCHAK, Smelter City Facility Development Center, Inc.,
MARY JO FORTNER, and
ROGER FORTNER,

     Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 21, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 21 day of August, 2017.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ A. Garcia Garcia
Deputy Clerk